Petitioners are allowed until March 13, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–7857. JOHNSON v. UNITED STATES. C. A. 11th Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 11–8160. IN RE BROWN;
No. 11–8187. IN RE ATHERTON;
No. 11–8225. IN RE TABATABAEE;
No. 11–8230. IN RE SINGLETON;
No. 11–8517. IN RE OSTRANDER; and
No. 11–8553. IN RE BOURGEOIS. Petitions for writs of habeas corpus denied.

No. 11–695. IN RE PEARL;
No. 11–896. IN RE MARCUM LLP;
No. 11–7994. IN RE SHRADER; and
No. 11–8071. IN RE BAUGUS. Petitions for writs of mandamus denied.

No. 11–781. IN RE GOVER. Petition for writ of mandamus denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 11–7713. IN RE BROWN. Petition for writ of mandamus and/or prohibition denied.

No. 11–733. IN RE HAAGENSEN. Petition for writ of prohibition denied.

No. 11–345. FISHER v. UNIVERSITY OF TEXAS AT AUSTIN ET AL. C. A. 5th Cir. Certiorari granted. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–626. LOZMAN v. CITY OF RIVIERA BEACH, FLORIDA. C. A. 11th Cir. Motion of Maritime Law Association of the United States for leave to file a brief as amicus curiae granted. Certiorari granted.

No. 11–278. CANNELLA v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.